File Hashes for IP Address 100.1.123.189

**ISP:** Verizon Internet Services
**Physical Location:** Westwood, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/06/2013 15:15:52 | 3B0ADE358E77D4DF048E956B4EFD3D6366269D5D | Inside Perfection |
| 02/02/2013 20:32:38 | A28D0E2055C58F6D082BC019A11BB024E25FE2E0 | Sunday Afternoon |
| 02/02/2013 18:11:37 | D8CAC2CE015C6CDE8E5F5A2EC2BF263A086CAA41 | A Little Rain Must Fall |
| 11/07/2012 13:47:40 | F0AFDBC7DD17E26F0B9C61F5152655F428C05D55 | Still With Me |
| 10/28/2012 04:18:40 | 501FA5733E74A5CA44964D238B79B80E309D32BC | A Day to Remember |
| 10/22/2012 03:42:51 | 01E5E5EEF60FED2117D28C25D9277B504E7281CF | Young Passion |
| 10/02/2012 03:47:04 | F70479C8FC5889E0063B7A7286834A97F85CFD9F | Russian Invasion |
| 09/18/2012 01:56:29 | 74531F794932DCEA07217FFB6225A802FE535F73 | Morning Tryst |
| 09/18/2012 01:50:25 | C98A69DBE13CB02483EF8400077E3E7E1963DE8E | Backstage |
| 09/11/2012 04:57:11 | F8E10689563DC33769FDBDA86F5BF12CE171E09C | Side by Side |
| 09/11/2012 02:32:36 | C9255BEF6851F39C0879F3C65DC851CE9ADCA38F | Like The First Time |
| 09/11/2012 02:31:32 | B99C50D1E0CFDB65211D407502CE7ABF4C984568 | This Side of Paradise |
| 08/19/2012 05:41:54 | 10E2887D2C624BEB5A1EF183C5B9E79C97A8A2C5 | Threes Company |
| 08/15/2012 13:46:42 | 353154B495A0AF1D8DF6E6F78E7D8C4F79E0B6E4 | Coucher Avec une Autre Fille |
| 08/15/2012 12:38:47 | 2D173E16562334BCE35B057871061F6C290DC40B | Inspiration |
| 08/07/2012 15:16:29 | 0CBBDEEE7D76B954B1159E3C8F9917D6C7D3D5E0 | Farewell |
| 07/17/2012 03:32:06 | 47920FB05863B96725A9DD34CC139547C66B4003 | Dream Come True |
| 07/15/2012 03:04:17 | 0522756A5F18392D40FB2BF5D65F715C1D434B7D | Breakfast in Bed |
| 06/27/2012 14:39:04 | 59DFFA8F94AAF5D1F41B78FA691922726C24AF8F | Yoga in the Sky |
| 06/26/2012 03:21:34 | F4D7A6FEF4CF47C0073E29D4EA31DDBC27A997BD | Happy Couple |
| 06/20/2012 02:56:01 | 9F82F4FC8A7ED2D93D4018E6CE9BEC78DDE51E6A | Young and Hot |
| 06/20/2012 02:42:15 | C304F54BD963C7145C44DF376CAE02A9647555A7 | Sapphic Experience |

EXHIBIT A

CNJ38

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 06/16/2012 10:14:16 | 468BE57848368700A734D024FD2493300064965F | Sneak N Peek |

**Total Statutory Claims Against Defendant: 23**