Copyrights-In-Suit for IP Address 100.1.123.189

**ISP:** Verizon Internet Services
**Location:** Westwood, NJ

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Day to Remember | PA0001811850 | 10/22/2012 | 10/26/2012 | 10/28/2012 |
| A Little Rain Must Fall | PA0001822653 | 01/23/2013 | 01/27/2013 | 02/02/2013 |
| Backstage | PA0001797943 | 07/17/2012 | 07/18/2012 | 09/18/2012 |
| Breakfast in Bed | PA0001787253 | 04/16/2012 | 04/17/2012 | 07/15/2012 |
| Coucher Avec une Autre Fille | PA0001801715 | 08/13/2012 | 08/14/2012 | 08/15/2012 |
| Dream Come True | PA0001800356 | 07/13/2012 | 07/20/2012 | 07/17/2012 |
| Farewell | PA0001800473 | 08/03/2012 | 08/07/2012 | 08/07/2012 |
| Happy Couple | PA0001794461 | 06/25/2012 | 06/25/2012 | 06/26/2012 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 02/06/2013 |
| Inspiration | PA0001801714 | 08/10/2012 | 08/14/2012 | 08/15/2012 |
| Like The First Time | PA0001778844 | 02/29/2012 | 02/29/2012 | 09/11/2012 |
| Morning Tryst | PA0001800355 | 07/24/2012 | 07/25/2012 | 09/18/2012 |
| Russian Invasion | PA0001808629 | 09/26/2012 | 09/28/2012 | 10/02/2012 |
| Sapphic Experience | PA0001793364 | 06/11/2012 | 06/14/2012 | 06/20/2012 |
| Side by Side | PA0001805261 | 09/03/2012 | 09/19/2012 | 09/11/2012 |
| Sneak N Peek | PA0001791522 | 06/01/2012 | 06/01/2012 | 06/16/2012 |
| Still With Me | PA0001813360 | 11/02/2012 | 11/19/2012 | 11/07/2012 |
| Sunday Afternoon | PA0001800353 | 07/06/2012 | 07/11/2012 | 02/02/2013 |
| This Side of Paradise | PA0001802603 | 08/19/2012 | 08/21/2012 | 09/11/2012 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/15/2012 | 08/19/2012 |
| Yoga in the Sky | PA0001794715 | 06/27/2012 | 06/29/2012 | 06/27/2012 |

EXHIBIT B

CNJ38

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Young and Hot | PA0001794969 | 06/06/2012 | 06/08/2012 | 06/20/2012 |
| Young Passion | PA0001811852 | 10/17/2012 | 10/26/2012 | 10/22/2012 |

**Total Malibu Media, LLC Copyrights Infringed: 23**

EXHIBIT B

CNJ38