## Expanded Surveillance of IP Address 100.1.123.189

**ISP:** Verizon Internet Services
**Location:** Westwood, NJ

| Hit Date UTC | Filename |
|---|---|
| 02/06/2013 | X-Art - Inside Perfection - Angelica [720p].mov |
| 02/03/2013 | X-Art - Hayden H , Bree (Sunday Afternoon) |
| 02/02/2013 | Mastering the Art of French Cooking.pdf |
| 02/02/2013 | x-art_angelica_a_little_rain_must_fall_1080.mov |
| 01/17/2013 | The Tao of Badass |
| 01/17/2013 | Tiffany Six |
| 01/17/2013 | The Twilight Saga Breaking Dawn - Part (2012) TS XviD-4PlayHD |
| 01/17/2013 | TTOB_eBook_FULL Package.rar |
| 11/30/2012 | The Walking Dead S03E07 Season 3 Episode 7 HDTV x264 [GlowGaze] |
| 11/30/2012 | The Walking Dead S03E03 Walk With Me HDTV XviD-PSY.avi |
| 11/27/2012 | The Walking Dead S03E02 - Sick by YahSoft.mp4 |
| 11/27/2012 | The Walking Dead S03E01 - Seed by YahSoft.mp4 |
| 11/27/2012 | The.Walking.Dead.S03E03.Swesub.HDTV.XviD-Haggebulle |
| 11/13/2012 | X-Art - Vacation Fantasy - Susie [1080p].mov |
| 11/07/2012 | X-Art - Casual Sex - Caprice, Ivana [1080p].mov |
| 11/07/2012 | X-Art - Still With Me - Kaylee [1080p].mov |
| 10/28/2012 | X-Art - Poolside Passion - Mira [1080p].mov |
| 10/28/2012 | X-Art - A Day to Remember - Baby [1080p].wmv |
| 10/22/2012 | X-Art - Young Passion - Baby [1080p].mp4 |
| 10/18/2012 | The.Walking.Dead.S02.720p.WEB-DL.Rus.Ukr.Eng.HDCLUB |
| 10/16/2012 | FTVGirls.12.09.22.Raven.18.And.Still.In.School.XXX.1080p.WMV-SEXORS[rbg] |

EXHIBIT C

CNJ38

| Hit Date UTC | Filename |
|---|---|
| 10/16/2012 | ktr.alss.12.09.20.gina.gerson.masturbation.and.bts.wmv |
| 10/03/2012 | The Walking Dead s02 |
| 10/02/2012 | Better relationships, Better sex |
| 10/02/2012 | Leon Gieco - El Vivo de Leon (2003) |
| 10/02/2012 | X-Art - Russian Invasion - Grace, Linsay, Nastia [1080p].mov |
| 09/18/2012 | X-Art.12.07.17.Maya.Backstage.XXX.1080p.MOV-KTR |
| 09/18/2012 | X.Art.Gianna.Morning.Tryst.XXX.1080p.pornalized.mov |
| 09/15/2012 | Homeland.S01 |
| 09/15/2012 | The Walking Dead - Season 2 - HDTV-x264 moka |
| 09/15/2012 | Game.of.Thrones.S02 |
| 09/15/2012 | Boardwalk.Empire.S02 |
| 09/12/2012 | Breaking.Bad.S05E05.720p.HDTV.x264-EVOLVE.mkv |
| 09/11/2012 | OSUvsTTech-xvid.avi |
| 09/11/2012 | X-Art - This Side of Paradise - Ivy [1080p].mov |
| 09/11/2012 | [Fileking.pl] 3.10.To.Yuma.2007.PL [AgusiQ] |
| 09/11/2012 | Treasure Island 2012 DVDrip XviD-Black |
| 09/11/2012 | x-art_tiffany_like_the_first_time_1080.mov |
| 09/11/2012 | x-art_ivy_leila_side_by_side_720.wmv |
| 09/11/2012 | UFC.Best.Of.2005.DSRip.XviD-aAF |
| 09/11/2012 | Americas.Got.Talent.S07E14.HDTV.x264-FQM.mp4 |
| 09/05/2012 | Americas.Got.Talent.S07E14.HDTV.x264-FQM.mp4 |
| 08/30/2012 | Breaking.Bad.S05E02.720p.HDTV.x264-ORENJI.mkv |
| 08/30/2012 | Breaking.Bad.S05E04.720p.HDTV.x264-EVOLVE [PublicHD] |
| 08/30/2012 | Breaking.Bad.S05E03.720p.HDTV.x264-EVOLVE [PublicHD] |
| 08/28/2012 | The.Big.Bang.Theory.S05E17.480p.HDTV.x264-mSD |

| Hit Date UTC | Filename |
|---|---|
| 08/28/2012 | Breaking.Bad.S05E01.PROPER.720p.HDTV.x264-ORENJI [PublicHD] |
| 08/28/2012 | Breaking.Bad.S05E01.720p.HDTV.x264-IMMERSE [PublicHD] |
| 08/19/2012 | LATEST MP3 RELEASE WEEK 1 2012 |
| 08/19/2012 | X-Art_-_Caprice_and_Anneli_-_Threes_Company_HD_1080p |
| 08/15/2012 | X-Art_-_Susie_Inspiration_HD_1080p |
| 08/15/2012 | X-Art - Coucher Avec an Autre Fille - Jessie, Anais [1080p].mp4 |
| 08/15/2012 | x-art_caprice_anneli_threes_company_540.mp4 |
| 08/10/2012 | [ www.Speed.Cd ] - London.2012.Olympics.Womens.Beach.Volleyball.Gold.Medal.Game.USA.vs.USA.720p.HDTV.x264-2HD |
| 08/07/2012 | X-Art - Farewell - Jessie [1080p].mp4 |
| 07/30/2012 | X-Art_-_Gianna_Morning_-_Tryst_HD_1080p |
| 07/26/2012 | x-art_gianna_morning_tryst_1080.mov |
| 07/21/2012 | x-art_maya_backstage_1080.mov |

EXHIBIT C

CNJ38