Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 100.1.123.189<br>          Defendants. | Civil Action No. 2:13-cv-00971-WJM-MF |

### CERTIFICATION OF RELATED CASES

I, Patrick J. Cerillo, certify that the following cases are related:

| | Caption | Index Number | District Court | Judge/Magistrate Judge |
|---|---|---|---|---|
| 1. | Malibu Media, LLC v. John Doe subscriber assigned IP address 108.35.11.132 | 2:13-cv-01104-ES-SCM | Newark | Esther Salas, D.J.<br>Steven C. Mannion, M.J |
| 2. | Malibu Media, LLC v. John Doe subscriber assigned IP address 173.54.255.28 | 2:13-cv-00972-SDW-MCA | Newark | Susan D. Wigenton, D.J.<br>Madeline Cox Arleo, D.J. |
| 3. | Malibu Media, LLC v. John Doe subscriber Assigned IP address | 2:13-cv-973-FSH-PS | Newark | Faith S. Hochberg, D.J.<br>Patty Shwartz, M.J. |

1

|    |                                                                                  |                     |         |                                                  |
|----|----------------------------------------------------------------------------------|---------------------|---------|--------------------------------------------------|
|    | 173.63.211.55                                                                    |                     |         |                                                  |
| 4. | Malibu Media, LLC v. John Doe subscriber Assigned IP address 173.63.50.62        | 2:13-cv-01105-ES-SCM | Newark  | Esther Salas, D.J.<br>Steven C. Mannion, M.J.   |
| 5. | Malibu Media, LLC v. John Doe subscriber assigned IP address 173.70.130.138     | 2:13-cv-01106-WHW-CLW | Newark | William H. Walls, D.J.<br>Cathy L. Waldor, M.J. |
| 6. | Malibu Media, LLC v. John Doe subscriber assigned IP address 68.32.191.163      | 2:13-cv-01176-KM-MAH | Newark  | Kevin McNulty, D.J.<br>Michael A. Hammer, M.J.  |
| 7. | Malibu Media, LLC v. John Doe subscriber assigned IP address 69.142.160.33      | 3:13-cv-01159-FLW-LHG | Trenton | Freda L. Wolfson, D.J.<br>Lois Goodman, M.J.    |
| 8. | Malibu Media, LLC v. John Doe subscriber Assigned IP address 69.142.2.132       | 2:13-cv-01178-FSH-PS | Newark  | Faith S. Hochberg, D.J.<br>Patty Shwartz, M.J.  |
| 9. | Malibu Media, LLC v. John Doe subscriber Assigned IP address 74.102.30.34       | 2:13-cv-01179-FSH-PS | Newark  | Faith S. Hochberg, D.J.<br>Patty Shwartz, M.J.  |
| 10.| Malibu Media, LLC v. John Doe subscriber Assigned IP address 74.105.20.169      | 2:13-cv-01180-KM-MAH | Newark  | Kevin McNulty, D.J.<br>Michael A. Hammer, M.J.  |
| 11.| Malibu Media, LLC v. John Doe subscriber assigned IP address 98.221.179.187     | 3:13-cv-01185-PGS-DEA | Trenton | Peter G. Sheridan, D.J.<br>Douglas E. Arpert, M.J. |

Respectfully submitted,

Dated: March 6, 2013

By: /s/ *Patrick J. Cerillo*
Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*