Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>                    Plaintiff,<br>v.<br><br>JOHN DOE, subscriber assigned IP address 100.1.123.189,<br><br>                    Defendants. | Civil Action No. 2:13-cv-00971-WJM-MF |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP Address 100.1.123.189. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: June 7, 2013

                                                           Respectfully submitted,

                                                           By:   /s/ *Patrick J. Cerillo*
                                                           Patrick J. Cerillo, Esquire

        pjcerillolaw@comcast.net
        Attorney At Law
        4 Walter Foran Boulevard, Suite 402
        Flemington, NJ 08822
        Phone: 908-284-0997
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

        By: /s/ *Patrick J. Cerillo*
        Patrick J. Cerillo, Esq.